# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-60076
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

November 29, 2016

Lyle W. Cayce
Clerk

LAL BHATIA,

Petitioner-Appellant

v.

UNITED STATES OF AMERICA; IMMIGRATION AND CUSTOMS ENFORCEMENT, an entity; JEH CHARLES JOHNSON, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; SARAH R. SALDANA, Director of Immigration and Customs Enforcement; DAVID RIVERA, Field Office Director for the New Orleans Field Office of Immigration and Customs Enforcement; DAVE BERKEBILE, Warden for Adams County Correctional Center,

Respondents-Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:15-CV-100

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM:[*]

Lal Bhatia, formerly federal prisoner # 97562-011, appeals the denial of his motion for a preliminary injunction in a 28 U.S.C. § 2241 proceeding. He also moves for expedited consideration.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-60076

During the pendency of this appeal, Bhatia was released from prison and placed in Immigration and Customs Enforcement custody. Accordingly, his appeal is moot, and we lack jurisdiction over it. *See Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987).

APPEAL DISMISSED; MOTION DENIED.